**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
11510 Eaglesview Ct
San Diego, CA 92127
Telephone: (858) 299-5879
Fax: (619) 354-7281

Attorneys for Plaintiff
MARK KAUFMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Kaufman, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICONCEPT MD CONTACT SOLUTIONS CORPORATION,<br><br>Defendant. | Case No. 3:20-cv-00690-WQH-BGS<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

**PLAINTIFF'S NOTICE OF SETTLEMENT OF ENTIRE CASE**

Plaintiff respectfully notifies the Court that the parties have entered into a settlement agreement to resolve all claims arising in this subject action. Pursuant to the terms of the settlement agreement, Plaintiff will file a Notice of Dismissal ("Dismissal") with the Court no later than March 1, 2021.

Defendant has not made an appearance in this case, and Plaintiff is filing this Notice of Settlement with Defendant's approval and permission.

| | |
|---|---|
| 1 | Dated:  March 10, 2019 |
| 2 | MADAR LAW CORPORATION |
| 3 | |
| 4 | By    *s/ Alex S. Madar* |
| 5 | ALEX S. MADAR<br>Attorneys for Plaintiff |
| 6 | Mark Kaufman<br>Email: alex@madarlaw.net |