**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
11510 Eaglesview Ct
San Diego, CA 92127
Telephone: (858) 299-5879
Fax: (619) 354-7281

Attorneys for Plaintiff
MARK KAUFMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Kaufman, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICONCEPT MD CONTACT SOLUTIONS CORPORATION,<br><br>Defendant. | Case No. 3:20-cv-00690-WQH-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1(A)(i) of the Federal Rules of Civil Procedure, plaintiff Don Hildre, through his undersigned counsel, hereby gives notice that the above captioned is voluntarily dismissed with prejudice as to plaintiff Mark Kaufman, and voluntarily dismissed without prejudice as to the putative class.

1 | Dated: February 17, 2021

MADAR LAW CORPORATION

By <u>     *s/ Alex S. Madar*     </u>
ALEX S. MADAR
Attorneys for Plaintiff
Mark Kaufman
Email: alex@madarlaw.net